# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Wilmington Savings Fund Society, FSB, et al.

                                      Plaintiff,

v.                                                Case No.: 1:20−cv−07032
                                                          Honorable Manish S. Shah

James A. Cosmano, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, March 6, 2022:

       MINUTE entry before the Honorable Manish S. Shah: The emergency motion to enforce [67] is granted. Enter Order. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.