IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CSMC 2018-SP3 TRUST<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES A. COSMANO, CHANDLER, CONDOMINIUM ASSOCIATION, UNITED STATES OF AMERICA, UNKNOWN OWNERS, and NON-RECORD CLAIMANTS,<br><br>  Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CSMC 2018-SP3 TRUST, JAMES A. COSMANO, CHANDLER CONDOMINIUM ASSOCIATION, and COOK COUNTY, ILLINOIS,<br><br>  Counterclaim Defendants. | Case No. 1:20 CV 7032<br><br>Judge Manish S. Shah |

**ORDER ENFORCING ORDER APPOINTING RECEIVER**

Upon the emergency motion of the defendant and counterclaim plaintiff United States of America ("United States"), and upon a showing that it appears that the defendant and counterclaim

defendant James A. Cosmano has violated the terms of *Order Appointing Receiver* (ECF No. 66) and that the property subject to the receivership is being damaged, it is hereby ordered as follows:

1. Upon entry of this Order, James A. Cosmano shall vacate and depart from the real property located at 450 E. Waterside Drive, Chicago, IL 60601 (the "Subject Property").

2. If James A. Cosmano fails or refuses to vacate the Subject Property after the entry of this Order, the United States Marshals Service is authorized and directed to arrest Mr. Cosmano and anyone acting in concert with him, pending a hearing to show cause why Cosmano should not be held in contempt.

3. The Receiver, Ginger Menne, is directed to take immediate possession of the Subject Property in order to prevent any further damage to the Subject Property. The United States Marshals Service shall accompany the Receiver to the Subject Property, as may be requested by the Receiver, so that she can safely enter the Subject Property and change the locks on the doors and secure the property.

4. James A. Cosmano shall immediately return to the United States Marshals Service all fixtures or appliances removed from the Subject Property, and United States Marshals Service shall ensure that such property is safely returned to the Receiver or the Subject Property. The United States Marshals Service may make arrangements as it deems appropriate to transfer any fixtures or appliances to the Receiver or Subject Property.

5. James A. Cosmano is hereby (a) forbidden from entering or attempting to enter the Subject Property, (b) forbidden from entering or attempting to enter the building where the Subject Property is located—The Chandler condominium tower (located at 450 E. Waterside Dr., Chicago, IL 60601)—in any way, (c) forbidden from communicating or attempting to communicate with the Receiver, and (d) doing anything that interferes with the rights or responsibilities of the Receiver.

-3-

6. The United States Marshals Service is authorized and directed to take any and all necessary actions, including but not limited to, the use of reasonable force, to enter and remain on the Subject Property, which includes, but is not limited to, the land, buildings, vehicles, and any other structures located thereon, for the purpose of executing this Order, enforcing the Order Appointing Receiver, and protecting the Receiver.

7. The United States Marshals Service is further authorized and directed to arrest or evict from the Subject Property any persons who obstruct, attempt to obstruct, or interfere or attempt to interfere, in any way with the execution of this Order or the Order Appointing Receiver.

8. The United States Marshal Service shall post this Order on the door of the Subject Property and personally serve James A. Cosmano with a copy of this Order forthwith.

9. This Order is being entered on an emergency basis in order to prevent further damage to the Subject Property, and the United States may move separately for an order requiring James A. Cosmano to show cause why he should not be held in contempt of Court.

**IT IS SO ORDERED.**

Date: March 6, 2022

_____
Manish S. Shah
United States District Judge