**Exhibit**

A

# CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**RD #:** JF164147

**EVENT #:** 2206407088

Case ID: 12634166 CASR229

## INCIDENT

**EXC. CLEARED CLOSED (OTHER EXCEPTIONAL)**

**IUCR:** 1365 - Criminal Trespass - To Residence

| | | |
|---|---|---|
| **Occurrence Location:** 450 E Waterside Dr Chicago IL 60601 290 - Residence - Single Family Residence | **Beat:** 0114 | **Unit Assigned:** 0113 **RO Arrival Date:** 05 March 2022 12:17 |

**Occurrence Date:** 05 March 2022 11:35

## VICTIM - Individual

**Name:** MENNE, Ginger A

**Beat:** 5100

**Sobriety:** Sober

**Demographics**

Female
White
5'06,
Green Eyes
Blond / Strawberry Hair
Straight Hair Style

**DOB:** 15 May 1975
**Age:** 46 Years

**Identification:**

| Type | State | Number |
|---|---|---|
| State Id | Illinois | █████████ |

**Other Communications and Availability**

Phone - Cellular: ████████ 00:01:00 - 23:59:00

Available Time

## NON OFFENDER

## VICTIM - Business

**Name:** THE CHANDLER CONDOMINIUM ASSOC

| | | |
|---|---|---|
| **Res:** 450 E Waterside Dr #1301 Chicago IL 60601 847 - 338 - 2000 | **Beat:** 0114 | |
| 450 E Waterside Dr #1301 Chicago, Il 60601 | **Beat:** 0114 | |

## OTHER

**Name:** NUNEZ, Jeffrey

**Beat:** 5100

**Sobriety:** Sober

**Demographics**

Unknown
Unknown / Refused

**Other Communications and Availability**

Phone - Business: 202-598-3699 00:01:00 - 23:59:00

Available Time

## SUSPECTS

RD #: JF164147

  


**Chicago Police Department - Incident Report**

RD #: JF164147

## SUSPECTS

**Suspect # 1**

Name: **CUSMANO, James A**

Res: 450 E Waterside Dr #1301
Chicago IL 60601

Beat: 0114

**Demographics**

Male
White
5'09,
180 lbs
Brown Eyes
Olive Complexion

DOB: 12 May 1964

Age: 57 years

**Other Communications and Availability**

## RELATIONSHIP

| (Victim) | | | (Offender) |
|---|---|---|---|
| **MENNE, Ginger,A** | is a | No Relationship of | **CUSMANO, James,A** |
| (Victim) | | | (Offender) |
| **THE CHANDLER CONDOMINIUM** | is a | Other of | **CUSMANO, James,A** |

**ASSOC**

| (Other) | | | (Offender) |
|---|---|---|---|
| **NUNEZ, Jeffrey** | is a | No Relationship of | **CUSMANO, James,A** |

## DOMESTIC INFO

## OTHER

**Miscellaneous**

Victim Information Provided

Flash Message Sent ? No

## NARRATIVE

Event # 07088 BWC incident. In summary, reporting officers were dispatched to criminal trespass in progress at above location with Beat 120 on scene. Upon arriving, R/Os spoke with [V] MENNE, GINGER (Reciever of Property) who related that there was a court order against (OFFENDER) CUSMANO, JAMES vs Wilmington savings fund,/FSB allowing him access to the condo with stipulations according case No. 1:20-CV-70232-MSS-SEC. Upon relocating to unit #1301 beat 120 observed one of the movers exiting the unit carrying a light fixture onto the elevator. R/Os and Sergeant conducted a walk-thru of the condominium with [V] MENNE, GINGER who noted damage to the unit, such as broken bathroom vanity, removed drywall, as well as missing cabinet drawers, light fixtures, and appliances (such as dishwaher, microwave, refridgator, furnance, washer and dryer). Beat 120, Sgt. Shapley-Wells spoke with (OTHER NON OFFENDER) NUNEZ, JEFFREY (property attorney) who clarified that the court order and case was a civil dispute. [O] CUSMANO, JAMES was informed that he was no longer allowed in the unit and escorted off the premises . [V] MENNE, GINGER was advised to secure the unit door, which had visible damage. VIN given.

## PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2437 | #11086 | GRIB, John, R | (PC0U898) | 05 Mar 2022 14:45 | 001 | |
| Reporting Officer | 8880 | #120936 | GILES, Anedra, N | (PC0BM40) | 05 Mar 2022 13:47 | 001 | 0113 |
| Reporting Officer | 7952 | #121139 | ROMAN, Mark, A | (PC0BN43) | 05 Mar 2022 13:47 | 001 | 0113 |
| Supervisor - On Scene | 1793 | #95122 | SHAPLEY- WELLS, Deidra, L | (PC0X339) | 05 Mar 2022 13:47 | 001 | 0120 |

powered by CLEAR Technology

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT
*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.*

INCIDENT **CRIMINAL DAMAGE TO RESIDENCE**    IUCR CODE **1365**    DATE/TIME OF OCCURRENCE **05 MAR-22 1135HRS**    R.D. No. **JF164147**

NAME OF VICTIM/COMPLAINANT **MENNE, GINGER A / THE CHANDLER CONDOCHINUM ASSOCIATION**    BEAT/UNIT OF ASSIGN. **0113**    BEAT OF OCCUR. _____

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. **COSMANO, JAMES A.**

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

If you need more help call the Cook County State's Attorney's Office Victim Witness Assistance Unit at (773) 674 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

## TO REPORT ADDITIONAL INFORMATION
If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS | |
|---|---|---|---|---|
| AREA 1 | ☐ (312) 747-8384 | ☐ (312) 747-8380 | ☐ (312) 747-8385 | ☐ BOMB UNIT (312) 746-7622 |
| AREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 | ☐ ARSON SECTION (312) 746-7618 |
| AREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 | |
| AREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-8255 | ☐ FINANCIAL CRIMES UNIT (312) 746-9661 |
| AREA 5 | ☐ (312) 746-7394 | ☐ (312) 746-6554 | ☐ (312) 746-6554 | |

## MISSING PERSONS
☐ If the missing person is **under** 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.

☐ If the missing person is **over** 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.state.il.us/CRIME/missing.cfm.

☐ When persons reported missing are located or have returned contact: (312) 747-5789 or (312) 747-2881.

## COPY OF THE REPORT
The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained. To obtain a copy of the report, you can send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number. You can also visit in person or call (312) 745-5130 between 8:00 a.m. - 3:00 p.m., Monday - Friday (excluding public holidays).

## GET INVOLVED - COMMUNITY POLICING
The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to improve the quality of life and reduce crime in our City. To find out which beat you live on or how to become involved, call 311 or visit online at: http://www.home.chicagopolice.org

Beat No. _____ Next Beat Community Meeting (date/time) _____

at (location) _____

To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

To compliment an officer send an email to ComplimentCPD@chicagopolice.org.

CPD-11.383 (Rev. 6/21) - English

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)
To report a police emergency, hearing-impaired persons should dial 9-1-1. For non-emergency situations, hearing-impaired persons may communicate with the Chicago Police Department 24 hours a day by calling 3-1-1.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES
If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is **not** made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

### Police District of Occurrence

| | | Court Branch for Warrant or Summons | |
|---|---|---|---|
| ☐ | 14,16,17, 25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ | 18, 19, 20, 24 | Branch 29 | 5555 W. Grand Ave. |
| ☐ | 2, 3, 4, 5, 6, 7, 8, 9, 22 | Branch 35 | 727 E. 111th St. |
| ☑ | 1,10,11,12,15 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison Street, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)
The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

## ILLINOIS CRIME VICTIMS NOTIFICATION
Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED
The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN
Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

Case: 1:20-cv-07492 Document #: 71-4 Filed: 04/22/22 Page 3 of 3 PageID #:764