FROM : FAX NO. :16309619301 Feb. 20 2015 11:...



Exhibit D

# Form 433-A
(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

## Collection Information Statement for Wage Earners and Self-Employed Individuals

Wage Earners Complete Sections 1, 2, 3, 4, and 5 including the signature line on page 4. Answer all questions or write N/A if the question is not applicable.
Self-Employed Individuals Complete Sections 1, 3, 4, 5, 6 and 7 and the signature line on page 4. Answer all questions or write N/A if the question is not applicable.
For Additional Information, refer to Publication 1854, "How To Prepare a Collection Information Statement."
Include attachments if additional space is needed to respond completely to any question.

| Name on Internal Revenue Service (IRS) Account | Social Security Number SSN on IRS Account | Employer Identification Number EIN |
|---|---|---|

### Section 1: Personal Information

| 1a Full Name of Taxpayer and Spouse (if applicable) | 1c Home Phone | 1d Cell Phone |
|---|---|---|
| JAMES ANTHONY COSMANO | | |

| 1b Address (Street, City, State, ZIP code) (County of Residence) | 1e Business Phone | 1f Business Cell Phone |
|---|---|---|
| 450 E. WATERSIDE DRIVE 1301 CHICAGO, IL 60601 | | ( ) |

2b Name, Age, and Relationship of dependent(s)
N/A

2a Marital Status: ☐ Married ☑ Unmarried (Single, Divorced, Widowed)

| | Social Security No. (SSN) | Date of Birth (mmddyyyy) | Driver's License Number and State |
|---|---|---|---|
| 3a Taxpayer | | 05121964 | |
| 3b Spouse | | | |

### Section 2: Employment Information for Wage Earners

If you or your spouse have self-employment income instead of, or in addition to wage income, complete Business Information in Sections 6 and 7.

**Taxpayer**

4a Taxpayer's Employer Name
N/A

4b Address (Street, City, State, and ZIP code)

4c Work Telephone Number
( )

4d Does employer allow contact at work ☐ Yes ☐ No

4e How long with this employer (years) (months)

4f Occupation

4g Number of withholding allowances claimed on Form W-4

4h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other

**Spouse**

5a Spouse's Employer Name

5b Address (Street, City, State, and ZIP code)

5c Work Telephone Number
( )

5d Does employer allow contact at work ☐ Yes ☐ No

5e How long with this employer (years) (months)

5f Occupation

5g Number of withholding allowances claimed on Form W-4

5h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other

### Section 3: Other Financial Information (Attach copies of applicable documentation)

6 Are you a party to a lawsuit (If yes, answer the following) ☐ Yes ☑ No

| Location of Filing | Represented by | Docket/Case No. |
|---|---|---|
| ☐ Plaintiff ☐ Defendant | | |
| Amount of Suit $ | Possible Completion Date (mmddyyyy) | Subject of Suit |

7 Have you ever filed bankruptcy (If yes, answer the following) ☐ Yes ☑ No

| Date Filed (mmddyyyy) | Date Dismissed (mmddyyyy) | Date Discharged (mmddyyyy) | Petition No. | Location Filed |
|---|---|---|---|---|

8 In the past 10 years, have you lived outside of the U.S for 6 months or longer (If yes, answer the following) ☐ Yes ☑ No

Dates lived abroad: from (mmddyyyy) To (mmddyyyy)

9a Are you the beneficiary of a trust, estate, or life insurance policy (If yes, answer the following) ☐ Yes ☑ No
EIN:

| Place where recorded: | | |
|---|---|---|
| Name of the trust, estate, or policy | Anticipated amount to be received $ | When will the amount be received |

9b Are you a trustee, fiduciary, or contributor of a trust ☐ Yes ☑ No

Name of the trust: EIN:

10 Do you have a safe deposit box (business or personal) (If yes, answer the following) ☑ Yes ☐ No

| Location (Name, address and box number(s)) | Contents | Value |
|---|---|---|
| 43 E. GOLF ROAD ARLINGTON HEIGHTS, IL 60005 | NOTHING | $ 0 |

11 In the past 10 years, have you transferred any assets for less than their full value (If yes, answer the following) ☐ Yes ☑ No

| List Asset(s) | Value at Time of Transfer $ | Date Transferred (mmddyyyy) | To Whom or Where was it Transferred |
|---|---|---|---|

Cat. No. 20312N
www.irs.gov
Form 433-A (Rev.12-2012)

Form 433-A (Rev. 12-2012) Page 2

### Section 4: Personal Asset Information for All Individuals

**12 CASH ON HAND** Include cash that is not in a bank — Total Cash on Hand $ 0

**PERSONAL BANK ACCOUNTS** Include all checking, online and mobile (e.g., PayPal) accounts, money market accounts, savings accounts, and stored value cards (e.g., payroll cards, government benefit cards, etc.).

| Type of Account | Full Name & Address (Street, City, State, ZIP code) of Bank, Savings & Loan, Credit Union, or Financial Institution | Account Number | Account Balance As of 02192015 mmddyyyy |
|---|---|---|---|
| 13a SAVINGS | JPMORGAN CHASE BANK PO BOX 659754 | | $ 754 |
| 13b SAVINGS | JPMORGAN CHASE BANK PO BOX 659754 | | $ 527 |
| 13c | | | $ |

**13d Total Cash** (Add lines 13a through 13c, and amounts from any attachments) — $ 1,281

**INVESTMENTS** Include stocks, bonds, mutual funds, stock options, certificates of deposit, and retirement assets such as IRAs, Keogh, and 401(k) plans. Include all corporations, partnerships, limited liability companies, or other business entities in which you are an officer, director, owner, member, or otherwise have a financial interest.

| Type of Investment or Financial Interest | Full Name & Address (Street, City, State, ZIP code) of Company | Current Value | Loan Balance (if applicable) As of _____ mmddyyyy | Equity Value minus Loan |
|---|---|---|---|---|
| 14a N/A | Phone | $ | $ | $ |
| 14b | Phone | $ | $ | $ |
| 14c | Phone | $ | $ | $ |

**14d Total Equity** (Add lines 14a through 14c and amounts from any attachments) — $ 0

| AVAILABLE CREDIT Include all lines of credit and bank issued credit cards. Full Name & Address (Street, City, State, ZIP code) of Credit Institution | Credit Limit | Amount Owed As of 02192015 mmddyyyy | Available Credit As of 02192015 mmddyyyy |
|---|---|---|---|
| 15a NORDSTROM PO BOX 79137 PHOENIX, AZ 85062-9137 Acct. No | $ 10,000 | $ 623 | $ 9,377 |
| 15b CHASE PO BOX 15123 WILMINGTON, DE 19850-5123 Acct. No | $ 10,500 | $ 0 | $ 10,500 |

**15c Total Available Credit** (Add lines 15a, 15b and amounts from any attachments) — $ 42,477

**16a LIFE INSURANCE** Do you own or have any interest in any life insurance policies with cash value (Term Life Insurance does not have a cash value)
☐ Yes ☑ No   If yes, complete blocks 16b through 16f for each policy.

| 16b | Name and Address of Insurance Company(ies): | | | |
|---|---|---|---|---|
| 16c | Policy Number(s) | | | |
| 16d | Owner of Policy | | | |
| 16e | Current Cash Value | $ | $ | $ |
| 16f | Outstanding Loan Balance | $ | $ | $ |

**16g Total Available Cash** (Subtract amounts on line 16f from line 16e and include amounts from any attachments) — $ 0

Form 433-A (Rev. 12-2012)

FROM : FAX NO. :16309619301 Feb. 20 2015 11:49AM P5

Form 433-A (Rev. 12-2012)    Pa

**REAL PROPERTY** Include all real property owned or being purchased

| | Purchase Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equi FMV Minu |
|---|---|---|---|---|---|---|
| **17a Property Description** <br> **CONDOMINIUM** <br> Location (Street, City, State, ZIP code) and County <br> 450 E. WATERSIDE DRIVE <br> 1301 <br> CHICAGO, IL 60601 | 01/2008 | $ 600,000 | $ 602,085 | $ 3,151 | 01/2038 | $ |
| | | | Lender/Contract Holder Name, Address (Street, City, State, ZIP code), and <br> CAPITAL ONE 360 PO BOX 17000 <br> BALTIMORE, MD 21297-1000 <br> Phone 18009339100 | | | | |
| **17b Property Description** <br> **RESIDENTIAL HOME- MOM'S HOME** <br> Location (Street, City, State, ZIP code) and County <br> 2202 LAWRENCE LANE <br> MT. PROSPECT, IL 60056 | 06/1971 | $ 185,000 | $ 183,000 | $ 2,278 | 01/2038 | $ |
| | | | Lender/Contract Holder Name, Address (Street, City, State, ZIP code), and <br> JPMORGAN CHASE PO BOX 9001871 <br> LOUISVILLE, KY 40290-1871 <br> Phone 18009359935 | | | | |

**17c Total Equity** (Add lines 17a, 17b and amounts from any attachments) $

**PERSONAL VEHICLES LEASED AND PURCHASED** Include boats, RVs, motorcycles, all-terrain and off-road vehicles, trailers, etc.

| Description (Year, Mileage, Make/Model, Tag Number, Vehicle Identification Number) | | Purchase/ Lease Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equi FMV Minu |
|---|---|---|---|---|---|---|---|
| **18a Year** <br> 2004 | Make/Model <br> **JEEP WRANGLER** | 01/2008 | $ 1900 | $ 0 | $ 0 | | $ |
| Mileage <br> 105,000 | License/Tag Number <br> V95 4999 | Lender/Lessor Name, Address (Street, City, State, ZIP code), and Phone <br> N/A | | | | | |
| Vehicle Identification Number <br> 1J4FA39S74P784391 | | | | | | Phone | |
| **18b Year** | Make/Model | | $ | $ | $ | | $ |
| Mileage | License/Tag Number | Lender/Lessor Name, Address (Street, City, State, ZIP code), and Phone | | | | | |
| Vehicle Identification Number | | | | | | Phone | |

**18c Total Equity** (Add lines 18a, 18b and amounts from any attachments) $

**PERSONAL ASSETS** Include all furniture, personal effects, artwork, jewelry, collections (coins, guns, etc.), antiques or other assets. Include intangible assets such as licenses, domain names, patents, copyrights, mining claims, etc.

| | Purchase/ Lease Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equi FMV Minu |
|---|---|---|---|---|---|---|
| **19a Property Description** <br> **N/A** <br> Location (Street, City, State, ZIP code) and County | | $ | $ | $ | | $ |
| | | Lender/Lessor Name, Address (Street, City, State, ZIP code), and Pho <br> Phone | | | | |
| **19b Property Description** <br> Location (Street, City, State, ZIP code) and County | | $ | $ | $ | | $ |

02/20/2015  11:52AM  (GMT-06:00) Ph

Form 433-A (Rev. 12-2012) Page 4

**If you are self-employed, sections 6 and 7 must be completed before continuing.**

### Section 5: Monthly Income and Expenses

Monthly Income/Expense Statement *(For additional information, refer to Publication 1854.)*

| Total Income | | | Total Living Expenses | | IRS USE ONLY |
|---|---|---|---|---|---|
| Source | Gross Monthly | | Expense Items [6] | Actual Monthly | Allowable Expenses |
| 20 Wages (Taxpayer) [1] | $ | 0 | 35 Food, Clothing and Misc. [7] | $ 600 | |
| 21 Wages (Spouse) [1] | $ | 0 | 36 Housing and Utilities [8] | $ 4500 | |
| 22 Interest - Dividends | $ | 0 | 37 Vehicle Ownership Costs [9] | $ 0 | |
| 23 Net Business Income [2] | $ | 0 | 38 Vehicle Operating Costs [10] | $ 500 | |
| 24 Net Rental Income [3] | $ | 0 | 39 Public Transportation [11] | $ 0 | |
| 25 Distributions (K-1, IRA, etc.) [4] | $ | 0 | 40 Health Insurance | $ 0 | |
| 26 Pension (Taxpayer) | $ | 0 | 41 Out of Pocket Health Care Costs [12] | $ 0 | |
| 27 Pension (Spouse) | $ | 0 | 42 Court Ordered Payments | $ N/A | |
| 28 Social Security (Taxpayer) | $ | 0 | 43 Child/Dependent Care | $ N/A | |
| 29 Social Security (Spouse) | $ | N/A | 44 Life Insurance | $ 0 | |
| 30 Child Support | $ | N/A | 45 Current year taxes (Income/FICA) [13] | $ 0 | |
| 31 Alimony | $ | N/A | 46 Secured Debts (Attach list) | $ 0 | |
| Other Income (Specify below) [5] | | | 47 Delinquent State or Local Taxes | $ 0 | |
| 32 | $ | | 48 Other Expenses (Attach list) | $ 0 | |
| 33 | $ | | 49 Total Living Expenses (add lines 35-48) | $ 5600 | |
| 34 Total Income (add lines 20-33) | $ | 0 | 50 Net difference (Line 34 minus 49) | $ 0 | |

1 **Wages, salaries, pensions, and social security:** Enter gross monthly wages and/or salaries. Do not deduct tax withholding or allotments taken out of pay, such as insurance payments, credit union deductions, car payments, etc. To calculate the gross monthly wages and/or salaries:

   *If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33

   *If paid biweekly (every 2 weeks)* - multiply biweekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22

   *If paid semimonthly (twice each month)* - multiply semimonthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

2 **Net Income from Business:** Enter monthly net business income. This is the amount earned after ordinary and necessary monthly business expenses are paid. This figure is the amount from page 6, line 89. If the net business income is a loss, enter "0". Do not enter a negative number. If this amount is more or less than previous years, attach an explanation.

3 **Net Rental Income:** Enter monthly net rental income. This is the amount earned after ordinary and necessary monthly rental expenses are paid. Do not include deductions for depreciation or depletion. If the net rental income is a loss, enter "0". Do not enter a negative number.

4 **Distributions:** Enter the total distributions from partnerships and subchapter S corporations reported on Schedule K-1, and from limited liability companies reported on Form 1040, Schedule C, D or E. Enter total distributions from IRAs if not included under pension income.

5 **Other Income:** Include agricultural subsidies, unemployment compensation, gambling income, oil credits, rent subsidies, etc.

6 **Expenses not generally allowed:** We generally do not allow tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions or payments on unsecured debts. However, we may allow the expenses if proven that they are necessary for the health and welfare of the individual or family or the production of income. See Publication 1854 for exceptions.

7 **Food, Clothing and Miscellaneous:** Total of food, clothing, housekeeping supplies, and personal care products for one month. The miscellaneous allowance is for expenses incurred that are not included in any other allowable living expense items. Examples are credit card payments, bank fees and charges, reading material, and school supplies.

8 **Housing and Utilities:** For principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, homeowner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection, telephone, cell phone, cable television and internet services.

9 **Vehicle Ownership Costs:** Total of monthly lease or purchase/loan payments.

10 **Vehicle Operating Costs:** Total of maintenance, repairs, insurance, fuel, registrations, licenses, inspections, parking, and tolls for one month.

11 **Public Transportation:** Total of monthly fares for mass transit (e.g., bus, train, ferry, taxi, etc.)

12 **Out of Pocket Health Care Costs:** Monthly total of medical services, prescription drugs and medical supplies (e.g., eyeglasses, hearing aids, etc.)

13 **Current Year Taxes:** Include state and Federal taxes withheld from salary or wages, or paid as estimated taxes.

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Taxpayer's Signature | Spouse's signature | Date |
|---|---|---|
| *James Gorman* | | 2-19-15 |

After we review the completed Form 433-A, you may be asked to provide verification for the assets, encumbrances, income and expenses reported. Documentation may include previously filed income tax returns, pay statements, self-employment records, bank and investment statements, loan statements, bills or statements for recurring expenses, etc.

IRS USE ONLY *(Notes)*

Form **433-A** (Rev. 12-2012)

FROM : FAX NO. :16309619301 Feb. 20 2015 11:50AM P7

Form 433-A (Rev. 12-2012) Page 5

## Sections 6 and 7 must be completed only if you are SELF-EMPLOYED.

### Section 6: Business Information

51 Is the business a sole proprietorship (filing Schedule C)  ☑ Yes, Continue with Sections 6 and 7.  ☐ No, Complete Form 433-B.
All other business entities, including limited liability companies, partnerships or corporations, must complete Form 433-B.

52 Business Name & Address (if different than 1b)
COSMANO LAW OFFICES, 1900 E. GOLF RD., SUITE 950 SCHAUMBURG, IL 60173

53 Employer Identification Number ▓▓▓▓▓
54 Type of Business ATTORNEY
55 Is the business a Federal Contractor ☐ Yes ☑ No

56 Business Website (web address) N/A
57 Total Number of Employees 0
58 Average Gross Monthly Payroll 0

59 Frequency of Tax Deposits 0
60 Does the business engage in e-Commerce (Internet sales) If yes, complete lines 61a and 61b ☐ Yes ☑ No

PAYMENT PROCESSOR (e.g., PayPal, Authorize.net, Google Checkout, etc.) Name & Address (Street, City, State, ZIP code) | Payment Processor Account Number

61a N/A
61b

### CREDIT CARDS ACCEPTED BY THE BUSINESS

| Credit Card | Merchant Account Number | Issuing Bank Name & Address (Street, City, State, ZIP code) |
|---|---|---|
| 62a VISA, DISCOVER | ▓▓▓▓▓ | BANK OF AMERICA MERCHANT REPORTING PO BOX 6608 HAGERSTOWN MD 21741-6608 |
| 62b | | |
| 62c | | |

63 BUSINESS CASH ON HAND Include cash that is not in a bank. Total Cash on Hand $ 0

BUSINESS BANK ACCOUNTS Include checking accounts, online and mobile (e.g., PayPal) accounts, money market accounts, savings accounts, and stored value cards (e.g., payroll cards, government benefit cards, etc.). Report Personal Accounts in Section 4.

| Type of Account | Full name & Address (Street, City, State, ZIP code) of Bank, Savings & Loan, Credit Union or Financial Institution. | Account Number | Account Balance As of 02/19/15 mmddyyyy |
|---|---|---|---|
| 64a CHECKING | JPMORGAN CHASE BANK PO BOX 659754 SAN ANTONIO, TX 78265-9754 | ▓▓▓▓▓ | $ 693 |
| 64b CHECKING | JPMORGAN CHASE BANK PO BOX 659754 SAN ANTONIO, TX 78265-9754 | ▓▓▓▓▓ | $ 514 |

64c Total Cash in Banks (Add lines 64a, 64b and amounts from any attachments) $ 6,220

ACCOUNTS/NOTES RECEIVABLE Include e-payment accounts receivable and factoring companies, and any bartering or online auction accounts. (List all contracts separately, including contracts awarded, but not started.) Include Federal, state and local government grants and contracts.

| Accounts/Notes Receivable & Address (Street, City, State, ZIP code) | Status (e.g., age, factored, other) | Date Due (mmddyyyy) | Invoice Number or Government Grant or Contract Number | Amount Due |
|---|---|---|---|---|
| 65a N/A | | | | $ |
| 65b | | | | $ |
| 65c | | | | $ |
| 65d | | | | $ |
| 65e | | | | $ |

65f Total Outstanding Balance (Add lines 65a through 65e and amounts from any attachments) $ 0

Form 433-A (Rev. 12-2012)

02/20/2015 11:52AM (GMT-06:00)

Form 433-A (Rev. 12-2012)

Page 6

**BUSINESS ASSETS** Include all tools, books, machinery, equipment, inventory or other assets used in trade or business. Include a list and show the value of all intangible assets such as licenses, patents, domain names, copyrights, trademarks, mining claims, etc.

| | Purchase/Lease Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| 66a Property Description N/A | | $ | $ | $ | | $ 0 |
| Location (Street, City, State, ZIP code) and Country | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code), and Phone | | | |
| | | | Phone | | | |
| 66b Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and Country | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code), and Phone | | | |
| | | | Phone | | | |

66c Total Equity (Add lines 66a, 66b and amounts from any attachments) $ 0

## Section 7 should be completed only if you are SELF-EMPLOYED

**Section 7: Sole Proprietorship Information** (lines 67 through 87 should reconcile with business Profit and Loss Statement)

Accounting Method Used: ☒ Cash  ☐ Accrual

Use the prior 3, 6, 9 or 12 month period to determine your typical business income and expenses.

Income and Expenses during the period (mmddyyyy) 02012014 to (mmddyyyy) 02012015

Provide a breakdown below of your average monthly income and expenses, based on the period of time used above.

| Total Monthly Business Income | | | Total Monthly Business Expenses (Use attachments as needed) | |
|---|---|---|---|---|
| Source | Gross Monthly | | Expense Items | Actual Monthly |
| 67 Gross Receipts | $ | 800 | 77 Materials Purchased [1] | $ 0 |
| 68 Gross Rental Income | $ | 0 | 78 Inventory Purchased [2] | $ 0 |
| 69 Interest | $ | 0 | 79 Gross Wages & Salaries | $ 0 |
| 70 Dividends | $ | 0 | 80 Rent | $ 85 |
| 71 Cash Receipts not included in lines 67-70 | $ | 0 | 81 Supplies [3] | $ 200 |
| Other Income (Specify below) | | | 82 Utilities/Telephone [4] | $ 150 |
| 72 | $ | | 83 Vehicle Gasoline/Oil | $ 500 |
| 73 | $ | | 84 Repairs & Maintenance | $ 80 |
| 74 | $ | | 85 Insurance | $ 70 |
| 75 | $ | | 86 Current Taxes [5] | $ 0 |
| | | | 87 Other Expenses, including installment payments (Specify) | $ 3500 |
| 76 Total Income (Add lines 67 through 75) | $ | 800 | 88 Total Expenses (Add lines 77 through 87) | $ 4585 |
| | | | 89 Net Business Income (Line 76 minus 88) [6] | $ 0 |

Enter the monthly net income amount from line 89 on line 23, section 5. If line 89 is a loss, enter "0" on line 23, section 5. Self-employed taxpayers must return to page 4 to sign the certification.

1 **Materials Purchased:** Materials are items directly related to the production of a product or service.

2 **Inventory Purchased:** Goods bought for resale.

3 **Supplies:** Supplies are items used in the business that are consumed or used up within one year. This could be the cost of books, office supplies, professional equipment, etc.

4 **Utilities/Telephone:** Utilities include gas, electricity, water, oil, other fuels, trash collection, telephone, cell phone and business internet.

5 **Current Taxes:** Real estate, excise, franchise, occupational, personal property, sales and employer's portion of employment taxes.

6 **Net Business Income:** Net profit from Form 1040, Schedule C may be used if duplicated deductions are eliminated (e.g., expenses for business use of home already included in housing and utility expenses on page 4). Deductions for depreciation and depletion on Schedule C are not cash expenses and must be added back to the net income figure. In addition, interest cannot be deducted if it is already included in any other installment payments allowed.

IRS USE ONLY (Notes)

Form **433-A** (Rev. 12-2012)

## OTHER BUSINESS EXPENSES PER MONTH

| DESCRIPTION - ADVERTISING | AMOUNT |
|---|---|
| STAMPS | 1900 |
| CARTRIDGES AND PAPER | 600 |
| DATA INFORMATION | 900 |
| TOTAL ADVERTISING | 3,500 |