UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Wilmington Savings Fund Society, FSB, et al.

                        Plaintiff,

v.                                                Case No.: 1:20−cv−07032
                                                    Honorable Manish S. Shah

James A. Cosmano, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 2, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion to approve sale [88] is granted. The court agrees with the government that Chandler Condominium Association, by operation of the final default judgment, cannot challenge the "free and clear" sale. In addition, Chandler's argument that it has a potential statutory claim under 765 ILCS 605/9 is not a basis to reject or modify the proposed order. No action under 605/9 has been instituted and no claims or liens under that statute exist. This court will enforce its judgment order and approve the sale "free and clear." Enter Order. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.